Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
GERALD OSBORNE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD OSBORNE,<br>Defendants | CASE NO. 14-0239 GEB<br><br>STIPULATION TO CONTINUE J&S TO 1/12/18 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Jill Thomas, and Defendant, Gerald Osborne, represented by Attorney Dina Santos, hereby stipulate to continue the date of Judgement and Sentencing to January 12, 2018, at 9:00 a.m. Probation will be advised of the new date.

IT IS SO STIPULATED.

Dated: November 28, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Todd Pickles
JILL THOMAS
Assistant United States Attorney

1

Dated: November 28, 2017          /s/   Dina L. Santos
                                  DINA L. SANTOS, ESQ.
                                  Attorney for GERALD OSBORNE

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge