McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GERALD OSBORNE,<br><br>　　　　　　　　Defendant. | CASE NO. 2:14-CR-00239-GEB<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the United States's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the three-page document pertaining to defendant Gerald Osborne, and United States's Request to Seal shall be SEALED until further order of this Court. *See also, United States v. John Doe*, 2017 WL 3996799 (9th Cir. Sept. 12, 2017)

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated: January 9, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge